663 A.2d 637

IN THE MATTER OF WAYNE POWELL, AN ATTORNEY AT LAW.

September 12, 1995.

**ORDER**

The Disciplinary Review Board having filed its decision with the Court on June 27, 1995, recommending that **WAYNE POWELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1985, be reprimanded for violating *RPC* 1.8(e) (advancing personal funds to clients) and *RPC* 1.15(d) (failure to comply with record-keeping provisions of *Rule* 1:21–6), and good cause appearing;

It is ORDERED that **WAYNE POWELL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.